UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

**FILED**

MAY 2 9 2026

**U.S. Court of Appeals
Eighth Circuit**

JOHN DOE,

Plaintiff-Appellant,


v.


UNIVERSITY OF NEBRASKA,

Defendant-Appellee.


No. 26-1964


MOTION TO PROCEED UNDER PSEUDONYM ON APPEAL


Plaintiff-Appellant John Doe, proceeding pro se and in forma pauperis, respectfully moves this Court for leave to continue proceeding under the pseudonym "John Doe" in this appeal.

On May 18, 2026, this Court notified Appellant that the appeal had been opened under the pseudonym "John Doe," and directed Appellant to renew his motion in this Court within 14 days if he wished to continue proceeding under that pseudonym. Appellant submits this motion in response to that directive.

In the district court, Appellant moved to proceed under the pseudonym "John Doe" and separately moved to file under seal a declaration containing his legal name and contact information. The district court granted that relief, permitted Appellant to proceed as "John Doe," granted the motion to seal, ordered the identity declaration filed under seal, and directed that identifying information not be included on the public docket.

Appellant respectfully requests continuation of that same limited protection on appeal. This request is made to protect Appellant's privacy, safety, professional reputation, and sealed identifying information while preserving public access to the legal issues, procedural history, orders, and arguments in this appeal.

**RECEIVED**

MAY 2 9 2026

**U.S. COURT OF APPEALS
EIGHTH CIRCUIT**

Appellant is not seeking to seal the appeal or restrict public access to the Court's consideration of the district court's dismissal. Appellant seeks only to continue use of the "John Doe" caption and to keep his legal name, address, email address, telephone number, and other identifying contact information from public disclosure.

Appellant's legal name and contact information were previously provided to the district court in the sealed identity declaration filed as Filing No. 5-1 in the district court record. Appellant understands that this Court has requested from the district court any portions of the original record not available electronically, including documents filed under seal. Appellant therefore respectfully refers the Court to the sealed district court filing rather than reproducing identifying information in this public motion.

Continuation of pseudonym status will not prejudice any opposing party at this stage. This Court's May 18, 2026 letter states that service was not completed upon any party in the district court proceedings and that Appellant is presently the only party to this appeal. If the Court later directs service, requests a response, or otherwise determines that the participation of another party requires reconsideration of pseudonym status, Appellant will comply with any further order of the Court.

For these reasons, Appellant respectfully requests that the Court permit him to proceed under the pseudonym "John Doe" in this appeal and direct that his legal name and identifying contact information remain sealed or otherwise restricted from public access.

Respectfully submitted,

Dated: 05-26-2026

s/ John Doe
John Doe        J POE
Plaintiff-Appellant, Pro Se

CERTIFICATE OF SERVICE

I certify that I mailed the foregoing Motion to Proceed Under Pseudonym on Appeal to the Clerk of the United States Court of Appeals for the Eighth Circuit.

Based on this Court's May 18, 2026 letter stating that service was not completed upon any party in the district court proceedings and that Appellant is presently the only party to this appeal, no other party has been served with this motion at this time.

s/ John Doe

John Doe        J DOE

Plaintiff-Appellant, Pro Se