UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

JOHN DOE,

Plaintiff-Appellant,

v.

UNIVERSITY OF NEBRASKA,

Defendant-Appellee.

No. 26-1964

FILED

JUN 0 8 2026

U.S. Court of Appeals
Eighth Circuit

RECEIVED

JUN 8 2026

U.S. COURT OF APPEALS
EIGHTH CIRCUIT

MOTION TO RECONSIDER, VACATE, OR MODIFY ORDER DENYING PSEUDONYM STATUS AND TO DEFER CAPTION CHANGE PENDING RESOLUTION OF THIS MOTION

Plaintiff-Appellant John Doe, proceeding pro se and in forma pauperis, respectfully moves this Court under Federal Rule of Appellate Procedure 27 and Eighth Circuit Rule 27A(d) to reconsider, vacate, or modify the Court's June 3, 2026 order denying Appellant's motion to proceed under pseudonym on appeal.

Appellant also respectfully requests that the Clerk defer any caption change until this motion is resolved.

This motion is filed promptly within the ten-day period identified in the Court's June 3, 2026 correspondence.

I. Procedural Background

On May 30, 2025, Appellant filed this civil rights action in the United States District Court for the District of Nebraska under the pseudonym "John Doe."

At the beginning of the district court proceedings, Appellant moved to proceed under pseudonym and separately moved to file under seal a declaration containing his legal name and contact information.

The district court granted that relief. The district court permitted Appellant to proceed as "John Doe," granted the motion to seal, ordered the identity declaration filed under seal, and directed that Appellant's identifying information not be included on the public docket.

The district court later dismissed the case before service of process was completed on Defendant. Accordingly, Defendant never appeared and has not participated in this litigation.

On May 12, 2026, Appellant filed a Notice of Appeal. On May 18, 2026, this Court opened the appeal under the caption John Doe v. University of Nebraska, No. 26-1964. This Court's opening correspondence stated that the appeal had been opened under the pseudonym "John Doe" and directed Appellant to renew his motion in this Court within fourteen days if he wished to continue proceeding under that pseudonym.

The Court's May 18, 2026 correspondence also stated that service had not been completed upon any party in the district court proceedings and that Appellant was presently the only party to the appeal.

Appellant timely filed his Motion to Proceed Under Pseudonym on Appeal.

On June 3, 2026, this Court denied the motion. The accompanying correspondence stated that the Clerk's Office would defer updating the caption for ten days from the date of the order.

Appellant now respectfully requests reconsideration, vacatur, or modification of that order.

II. Basis for This Motion

Federal Rule of Appellate Procedure 27 permits a party to seek relief from the Court by motion. Appellant seeks reconsideration of a procedural order affecting the public caption and the protection of identifying information.

Eighth Circuit Rule 27A(d) permits a party adversely affected by an order issued under Rule 27A to move to reconsider, vacate, or modify that order within fourteen days after entry.

Appellant is adversely affected by the June 3, 2026 order because a change from the "John Doe" caption to Appellant's legal name would publicly identify him in connection with making allegations of sex-based discrimination, subsequent retaliation, and professional reputational harm. Once Appellant's identity is publicly disclosed, the harm from disclosure cannot realistically be undone.

III. Reasons for Reconsideration

Appellant respectfully requests reconsideration because this appeal is in a distinct procedural posture.

First, the district court previously granted pseudonym and sealing protection. Appellant did not proceed anonymously by private choice alone; he proceeded under a court-authorized pseudonym, with his legal identity and contact information provided under seal.

Second, this Court initially opened the appeal under that same pseudonym. Appellant therefore reasonably understood that continued protection was at least procedurally available pending this Court's review.

Third, no opposing party has been served or has appeared. This Court's May 18 correspondence stated that service was not completed upon any party in the district court proceedings and that Appellant is presently the only party to this appeal. Continued pseudonymity therefore causes no present prejudice to an appearing appellee.

Fourth, Appellant does not seek to seal the appeal or prevent public access to the legal issues. The public can review the district court's dismissal, the procedural history, and Appellant's legal arguments without public disclosure of Appellant's legal name.

Fifth, public identification would substantially alter the status quo before the merits appeal is heard. Appellant's appeal challenges a pre-service dismissal. If the caption is changed now, Appellant will suffer the precise public-identification harm that the district court previously protected against before this Court has reviewed whether the district court properly dismissed the action.

IV. Request to Maintain Sealed Contact Information

Regardless of how the Court rules on the caption, Appellant respectfully requests that his address, email address, telephone number, and other personal contact information remain sealed or restricted from public access.

This request is distinct from the caption issue. Even if the Court determines that Appellant may not continue under the pseudonym "John Doe," public disclosure of personal contact information is not necessary for public access to the appeal.

V. Relief Requested

For the foregoing reasons, Appellant respectfully requests that the Court:

1. reconsider, vacate, or modify the June 3, 2026 order denying pseudonym status;

2. permit Appellant to continue proceeding under the pseudonym "John Doe" on appeal;

3. defer any caption change until this motion is resolved; and

4. maintain Appellant's address, email address, telephone number, and other personal contact information under seal or restricted from public access.

Respectfully submitted,

Dated: 06-04-2026

s/ John Doe
John Doe        J DOE
Plaintiff-Appellant, Pro Se

CERTIFICATE OF SERVICE

I certify that I mailed the foregoing Motion to Reconsider, Vacate, or Modify Order Denying Pseudonym Status and to Defer Caption Change Pending Resolution of This Motion to the Clerk of the United States Court of Appeals for the Eighth Circuit.

Based on this Court's May 18, 2026 correspondence stating that service was not completed upon any party in the district court proceedings and that Appellant is presently the only party to this appeal, no other party has been served with this motion at this time.

s/ John Doe

John Doe

Plaintiff-Appellant, Pro Se